IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLORENCE MASON** and **CLIFTON MASON,** | : : | **CIVIL ACTION** |
| *Petitioners*, | : : | |
| v. | : : | |
| **PENNYMAC MORTGAGE LLC, et al.,** | : : | No. 24-cv-5020 |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **12th** day of **May 2025**, upon consideration of Florence Mason's Petition for a Writ of Habeas Corpus, Petition for a Writ of Mandamus, Motion to Open and Vacate a Judgment under Federal Rule of Civil Procedure 60 (ECF No. 7), and Request for a Remote Hearing (ECF No. 8); the docket; and the docket in Case Nos. 24-cv-04793, 24-bk-11304, and 24-bk-12430; it is hereby **ORDERED** as follows:

1. The Petition for a Writ of Habeas Corpus is **DISMISSED**. There is no cause for a certificate of appealability.

2. The Petition for a Writ of Mandamus is **DENIED**.

3. The Motion to Open and Vacate Judgment is **DENIED**.

4. The request for a remote hearing is **DENIED** as **MOOT**.

5. The Clerk of Court is **DIRECTED** to close this case.

6. Should Ms. Mason seek any further relief under Federal Rule of Civil Procedure 60(b) from the orders by Judge Diamond dismissing her bankruptcy appeal and denying her motion for reconsideration in Case No. 24-cv-4793, Ms. Mason is directed to file such a motion on the docket for Case No. 24-cv-4793.

1

BY THE COURT:

/s/ Chad F. Kenney

---

**CHAD F. KENNEY, JUDGE**